No. 97–8423. TODD v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 97–8424. WILKERSON v. PRUNTY, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–8450. MEYERS v. CLINTON, PRESIDENT OF THE UNITED STATES, ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–8451. PRICE v. BARRERAS, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 97–8455. LEVY v. FAIRFAX COUNTY, VIRGINIA. C. A. 4th Cir. Certiorari denied.

No. 97–8458. CLARK v. SYNSTELIEN. C. A. 8th Cir. Certiorari denied.

No. 97–8472. JOHNSON v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 97–8475. SALINAS BRITO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–8477. PAZ-DELGADO v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 4th Cir. Certiorari denied.

No. 97–8484. TRAINA v. NIXON, ATTORNEY GENERAL OF MISSOURI, ET AL. C. A. 8th Cir. Certiorari denied.

No. 97–8494. WEXLER v. CITY OF PHOENIX, ARIZONA. C. A. 9th Cir. Certiorari denied.

No. 97–8501. DUMERS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97–8513. BANKS v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 97–8519. DIXON v. STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTION, ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–8521. FRAZIER v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.